UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCELO RUBIO,

         Petitioner,

    v.

PEOPLE OF THE STATE OF CALIFORNIA,

        Respondent.

Case No.  16-cv-02866-JCS (PR)

**ORDER OF TRANSFER**

      In this federal habeas action, petitioner challenges convictions he received in the Glenn County Superior Court, which lies in the Eastern District.  Accordingly, this action is TRANSFERRED to the Eastern District of California, as that is the district of conviction.  28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b).  The Clerk shall transfer this action forthwith.

      **IT IS SO ORDERED.**

**Dated:**  June 1, 2016

JOSEPH C. SPERO
Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCELO RUBIO,

              Plaintiff,

      v.

PEOPLE OF THE STATE OF CALIFORNIA,

          Defendant.

Case No.  16-cv-02866-JCS

**CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

     That on June 1, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marcelo  Rubio ID: ID: AP8777
Valley State Prison
P.O. Box 92
Chowchilla, CA 93610

Dated: June 1, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO